[No. 16229-2-I. Division One. June 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM J. DONNELLY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00704–9, Gerald L. Knight, J.,

entered April 2, 1985. *Affirmed* and *remanded* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.